1AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUN 10 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES OF AMERICA

v.

MICHAEL PATRICK FITCH

## WAIVER OF INDICTMENT

CASE NUMBER: 08CR1834-BTM

I, MICHAEL PATRICK FITCH the above named defendant, who is accused of violating Title 21, U.S.C., Sections 846 & 841(a)(1) – Manufacturing Marijuana Plants being advised of the nature of the charge, the proposed superseding information and of my rights, hereby waive in open court on 6/10/08 prosecution by indictment and consent that the proceeding may proceed by superseding information rather than indictment.

Defendant

Counsel for Defendant

Before
JUDICIAL OFFICER