**PHILIP A. DeMASSA # 47667**
**A PROFESSIONAL CORPORATION**
**SUITE 201**
**2356 MOORE STREET**
**San Diego, CA 92110**
**Telephone:(619) 294-2777**
**Facsimile:(619) 294-2120**
**pad_jefe@msn.com**
**Attorney for Defendant**
**MICHAEL PATRICK FITCH**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MICHAEL PATRICK FITCH,<br>Defendant. | CASE NO. 08CR1834-BTM<br><br>NOTICE OF MOTION AND MOTION TO JOIN IN MOTION FOR DISCOVERY<br><br>DATE: July 25, 2008<br>TIME: 3:30 p.m. |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND ASSISTANT U. S. ATTORNEY SHERRI W. HOBSON, HER AUTHORIZED REPRESENTATIVE:

PLEASE TAKE NOTICE that on July 25, 2008 at 3:30 p.m., or as soon thereafter as counsel may be heard, Defendant Michael Patrick Fitch, by and through his counsel, Philip A. DeMassa, of Philip A. DeMassa APC, will join in the motion for discovery filed by co-defendant Shaun Michael Fitch, docket number 27.

DATED: July 25, 2002 Respectfully submitted,

s/ Philip A. DeMassa
PHILIP A. DeMASSA
Attorney for Defendant
MICHAEL PATRICK FITCH

**PHILIP A. DeMASSA # 47667**
**A PROFESSIONAL CORPORATION**
**SUITE 201**
**2356 MOORE STREET**
**San Diego, CA 92110**
**Telephone:(619) 294-2777**
**Facsimile:(619) 294-2120**
**pad_jefe@msn.com**
**Attorney for Defendant**
**MICHAEL PATRICK FITCH**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08CR1834-BTM |
| Plaintiff, | |
| v. | PROOF OF SERVICE |
| MICHAEL PATRICK FITCH, | |
| Defendant. | |

I certify that on July 22, 2008 I electronically filed a Notice of Motion and Motion to Join in Motion for Discovery filed by co-defendant Shaun Michel Fitch, docket number 27, with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the e-mail addresses of the individuals listed on the attached electronic service list:

Sherri Walker Hobson, AUSA: Sherri.Hobson@usdoj.gov

DATED: July 25, 2002

Respectfully submitted,

S/Philip A. DeMassa
PHILIP A. DeMASSA
Attorney for Defendant
MICHAEL PATRICK FITCH